IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-WEST TELECOM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T COMMUNICATIONS OF ) <br> CALIFORNIA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:10-CV-00968 AWI GSA <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO RANDOMLY REASSIGN THIS ACTION TO ANOTHER DISTRICT COURT JUDGE** |

The undersigned finds it necessary to recuse himself in this action.  See  8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).  The Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

**Dated:     June 1, 2010**              /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE