UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-WEST TELECOMM, INC., | Case No. 1:10-cv-00968-OWW-GSA |
| Plaintiff/Counter-Defendant, | |
| v. | |
| AT&T COMMUNICATIONS OF CALIFORNIA, INC. and AT&T CORP. | |
| Defendants/Counterclaimants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Stipulation for Dismissal with Prejudice filed by Plaintiff/Counter-Defendant Pac-West Telecomm, Inc. and Defendants/Counterclaimants AT&T Communications of California, Inc. and AT&T Corp. came before the Court for consideration. Having considered the stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this civil action and each claim asserted herein are DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: **November 22, 2010**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER OF DISMISSAL WITH PREJUDICE